WILLIAM R. TAMAYO, #084965(CA)
JONATHAN T. PECK, #12303 (VA)
EVANGELINA FIERRO HERNANDEZ, #168879 (CA)
EQUAL EMPLOYMENT OPPORTUNITY
    COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone: (415) 625-5622
Facsimile : (415) 625-5657

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. CV 05-01101 JSW |
| Plaintiff, | **C O M P L A I N T**<br>Civil Rights - Employment Discrimination |
| v. | **JURY TRIAL DEMAND** |
| SIGNATURE FLIGHT SUPPORT CORPORATION, | |
| Defendant. | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964, as amended ("Title VII"), and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and to provide appropriate relief to Charging Party Donald Hamilton, Jr., who was adversely affected by such practices. The Commission alleges that the defendant unlawfully discriminated against Mr. Hamilton by subjecting him to differential terms and conditions of employment, discipline and demotion based on his race, African-American.

///

///

COMPLAINT

**JURISDICTION AND VENUE**

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Sections 706 (f) (1) and (3) of Title VII, 42 U.S.C. §2000e-5 (f) (1) and (3) and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. §1981a.

2. The employment practices alleged to be unlawful were committed in the City and County of San Francisco, California, which is within the jurisdiction of the United States District Court for the Northern District of California.

**PARTIES**

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII and is expressly authorized to bring this action by Sections 706 (f) (1) and (3) of Title VII, 42 U.S.C. §2000e-5 (1) and (3).

4. At all relevant times, Defendant, Signature Flight Support (the "Employer") has continuously been doing business in the State of California and in the City and County of San Francisco, California, and has continuously employed at least fifteen employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Section 701(b), (g), and (h) of Title VII, 42 U.S.C. §2000e-(b), (g), and (h),

**STATEMENT OF CLAIMS**

6. More than thirty days prior to the institution of this lawsuit, Mr. Hamilton filed a Charge of Discrimination with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least January 3, 2003, Defendant Employer has engaged in unlawful employment practices at its San Francisco, California location in violation of Section 703 (a) of Title VII, 42 U.S.C. §2000e-2 (a). These practices include subjecting Mr. Hamilton to disparate treatment in his terms and conditions of employment, unlawful disciplinary action and unlawfully demoting Mr. Hamilton based on race, African American.

**COMPLAINT**

8. The effect of the practices complained of above has been to deprive Mr. Hamilton of equal employment opportunities and to otherwise adversely affect his employment status as an employee because of his race.

9. The unlawful employment practices complained of above were intentional.

10. The unlawful employment practices complained of above were and are done with malice and/or reckless indifference to the federally protected rights of Mr. Hamilton.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully request that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in racial discrimination and any other employment practices which discriminate on the basis of race.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for their black employees and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Mr. Hamilton by providing appropriate compensation for past and future pecuniary losses resulting from the unlawful employment practices described above, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices,

D. Order Defendant Employer to make whole Mr. Hamilton by providing compensation for past and future non-pecuniary losses caused by the above unlawful conduct described above, including pain and suffering, emotional distress, indignity, loss of enjoyment of life, loss of self-esteem, and humiliation, in amounts to be determined at trial.

E. Order Defendant Employer to pay Mr. Hamilton punitive damages for its malicious and reckless conduct described above, in amounts to be determined at trial.

F. Grant such further relief as the Court deems necessary and proper in the public interest.

G. Award the Commission its costs of this action.

///

**COMPLAINT**

**JURY TRIAL DEMAND**

The Commission requests a jury trial on all questions of facts by its complaints.

Respectfully submitted,

ERIC S. DREIBAND
General Counsel

JAMES L. LEE
Deputy General Counsel

GWENDOLYN YOUNG REAMS
Associate General Counsel

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Office of the General Counsel
1801 "L" Street NW
Washington, D.C. 20507

DATED: March 17, 2005
/s/
WILLIAM R. TAMAYO
Regional Attorney

DATED: March 17, 2005
/s/
JONATHAN T. PECK
Supervisory Trial Attorney

DATED: March 17, 2005
/s/
EVANGELINA FIERRO HERNANDEZ
Senior Trial Attorney

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105

Attorneys for Plaintiff

**COMPLAINT**

4