| | |
|---|---|
| 1 | WILLIAM R. TAMAYO, Bar No. 084965 |
|   | JONATHAN T. PECK, Bar No. 12303 (VA) |
| 2 | EVANGELINA HERNANDEZ, Bar No. 168879 |
|   | EQUAL EMPLOYMENT OPPORTUNITY |
| 3 | COMMISSION |
|   | San Francisco District Office |
| 4 | 350 The Embarcadero, Suite 500 |
|   | San Francisco, CA  94105 |
| 5 | Telephone:  (415) 625-5647 |
|   | Facsimile:  (415) 625-5657 |

Attorneys for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

ALAN B. CARLSON, Bar No. 055090
LITTLER MENDELSON
A Professional Corporation
50 West San Fernando Street, 14th Floor
San Jose, CA  95113-2303
Telephone:     (408) 998-4150
Facsimile:     (408) 288-5686

Attorneys for Defendant
SIGNATURE FLIGHT SUPPORT
CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No.  C 05 1101 CW |
| Plaintiff, | **ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE AND FOR RETENTION OF JURISDICTION BY THE** |
| v. | |
| SIGNATURE FLIGHT SUPPORT CORPORATION, | |
| Defendant. | |

      Plaintiff Equal Employment Opportunity Commission (EEOC) and Defendant Signature Flight Support Corporation (Signature), and through their undersigned counsel, hereby stipulate to dismissal with prejudice all claims against Defendant.  There are no remaining issues or parties in this action.

      Pursuant to <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 381-82

STIPULATION FOR DISMISSAL
CASE NO. C 05 1101 CW

1  (1994) and Flanagan v. Arnaiz, 143 F.3d 540, 543-44 (9th Cir. 1998), the parties further stipulate that
2  this Court shall retain jurisdiction of this action, and they will not contest jurisdiction of this Court,
3  for the purpose of resolving any disputes that may arise in the future regarding the parties'
4  Settlement Agreement, which Agreement shall be filed with the Court in conjunction with any
5  enforcement action brought by any party hereto.  The parties further agree that the Court's
6  jurisdiction over this matter shall automatically expire twelve (12) months from the date of the last
7  signature on the Settlement Agreement.  This stipulation is based on Rule 41(a)(1)(ii) of the Federal
8  Rules of Civil Procedure and has been signed by all parties.  The EEOC and the Agency agree to
9  bear their own attorney's fees and costs.

ON BEHALF OF PLAINTIFF:

Dated: February 21, 2006          /s/ William R. Tamayo
                                  WILLIAM R. TAMAYO
                                  Regional Attorney

Dated: February 21, 2006          /s/ Jonathan T. Peck
                                  JONATHAN T. PECK
                                  Supervisory Trial Attorney

Dated: February 21, 2006          /s/ Jonathan T. Peck for
                                  EVANGELINA HERNANDEZ
                                  Senior Trial Attorney

ON BEHALF OF DEFENDANT:

Dated: February 21, 2006          /s/ Alan B. Carlson
                                  ALAN B. CARLSON
                                  LITTLER MENDELSON
                                  A Professional Corporation

APPROVED AND SO ORDERED:

Dated:  2/23/06                   /s/ CLAUDIA WILKEN
                                  CLAUDIA WILKEN
                                  UNITED STATES DISTRICT COURT JUDGE

STIPULATION FOR DISMISSAL          2.
CASE NO. C 05 1101 CW